IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA VEGA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL G. ROBINSON, et al.,<br><br>    Defendants<br>_____<br>PAUL G. ROBINSON, et al.,<br><br>    Cross-Complainants,<br><br>  v.<br><br>KEVIN NORD, et al.,<br><br>    Cross-Defendants<br>_____/ | No. C-07-2263 MMC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT AND TO REMAND ACTION TO STATE COURT; VACATING HEARING**<br><br>(Docket No. 8) |

    Before the Court is the motion filed May 11, 2007 by cross-complainants Paul G. Robinson, Dianne Evans, and Open Health LLC, by which motion cross-complainants (1) seek leave to amend their cross-complaint to delete all federal claims, and (2) move to remand the instant action to state court. Cross-defendants City of Pittsburg and K.C. Kampton have filed joint opposition to the motion; cross-complainants have filed a reply. Having reviewed the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for decision without oral argument, see Civil L.R. 7-1(b), and

1  hereby VACATES the June 22, 2007 hearing.
2      For the reasons set forth by cross-complainants, the motion is hereby GRANTED,
3  the Second Amended Cross-Complaint (previously submitted as Exhibit A to the
4  Declaration of Daniella R. Simon) shall be FILED by the Clerk, and the above-titled action
5  is hereby REMANDED to the California Superior Court for the County of Contra Costa.
6  **IT IS SO ORDERED.**
7  Dated: June 7, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge